**FILED**
United States Court of Appeals
Tenth Circuit

**March 10, 2014**

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| STATE OF WYOMING,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Respondents.<br><br>------------------------------<br><br>THE NORTHERN ARAPAHO TRIBE,<br><br>    Intervenor. | No. 14-9512<br>(No. EPA-1-R08-2013-0007) |

_____

| | |
|---|---|
| WYOMING FARM BUREAU FEDERATION,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Respondents.<br><br>------------------------------<br><br>THE NORTHERN ARAPAHO TRIBE,<br><br>    Intervenor. | No. 14-9514<br>(No. EPA-1-R08-2013-0007) |

_____

DEVON ENERGY PRODUCTION
COMPANY, L.P.,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    Respondents.

-----------------------------

THE NORTHERN ARAPAHO TRIBE,

    Intervenor.

No. 14-9515
(No. EPA-1-R08-2013-0007)

_____

**ORDER**
_____

    This matter comes on for consideration of the motion to intervene in the captioned appeals filed by the Northern Arapaho Tribe. Upon consideration thereof, the motion is granted.

    It is further ordered that the Northern Arapaho Tribe confer, and submit a proposed briefing schedule, with the other parties to these appeals regarding a briefing schedule as ordered by this court on March 5, 2014.

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    by: Ellen Rich Reiter
        Jurisdictional Attorney